IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF             No. C

CV 08 80 185 MISC

**ORDER TO SHOW CAUSE**

Robert Florian DeSmet - #53402

_____/

It appearing that Robert Florian DeSmet has resigned with charges pending as a member of the State Bar of California, that his resignation has been accepted by the Supreme Court of California, and that he is therefore ineligible to practice law in the State of California effective June 6, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before October 28. 2008 why he should not be removed from the roll of attorneys permitted to practice before this court.

Dated:                                      VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Florian DeSmet
Attorney At Law
145 Park Place
Point Richmond, CA 94801