**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV-08-80185 MISC VRW

Robert Florian DeSmet,
                                       ORDER
    State Bar No 53402

_____/

    On September 18, 20008, the court issued an order to show cause (OSC) why Robert Florian DeSmet should not be removed from the roll of attorneys authorized to practice law before this court, based on his resignation from the State Bar, effective June 6, 2008, with disciplinary charges pending. The OSC was mailed to Mr DeSmet's address of record with the State Bar. Mr DeSmet has filed no response to the OSC.

    The court now orders Robert Florian DeSmet removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: C 08-80185 MISC VRW

**CERTIFICATE OF SERVICE**

Robert Florian DeSmet,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Florian DeSmet
145 Park Place
Point Richmond, CA 94801

**November 24, 2008**

Richard W. Wieking, Clerk

By: *Cora Klein*

**Deputy Clerk**